# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Regina Mitchell<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Case No. 3:14CV-851-R |
| Veldos, LLC<br>*Defendant*<br>Serve:<br>    CSC-Lawyers Inc. Service Co.<br>    421 West Main Street<br>    Frankfort, KY 40601<br><br>Galaxy International Purchasing, LLC<br>*Defendant*<br>Serve:<br>    Nevada Corp. Headquarters, Inc.<br>    4730 S. Fort Apache Rd.<br>    Suite 300<br>    Las Vegas, NV  89147-7947 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendants Veldos, LLC and Galaxy International Purchasing, LLC ("Galaxy") violated the FDCPA by attempting to collect interest or fees from Ms. Mitchell that neither had any legal right to recover from her. In particular, Veldos sent Regina Mitchell a dunning letter that demanded payment of an amount due on the debt that was greater than the amount actually due on the debt. These and other action constitute violation of the FDCPA.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

## PARTIES

4. Plaintiff Regina Mitchell is a natural person who resides in Jefferson County, Ky. Ms. Mitchell is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5. Defendant Veldos, LLC ("Veldos") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 435 Devon Park, Building 500, Wayne, PA 19087.

6. Veldos regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

7. Defendant Galaxy International Purchasing, LLC ("Galaxy") is a foreign limited liability company, which has not registered with the Kentucky Secretary of State. Galaxy is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state. Galaxy's principal place of business is located at P.O. Box 27740, Las Vegas, NV 89126.

8. Galaxy regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

9. On August 6, 2013, Veldos, LLC sent Ms. Mitchell a dunning letter on behalf of Galaxy International Purchasing, LLC in an attempt to collect a debt from her.

10. The August 6th dunning letter identified Mid America/Genesis Credit as the original creditor of debt allegedly owed by Ms. Mitchell.

11. The August 6th dunning letter stated that the original account number began with 76860.

12. The August 6th falsely represented that $1,591.42 was the balance due on the Genesis Credit debt.

13. On September 19, 2014, Ms. Mitchell requested, obtained, and reviewed a copy of her consumer credit report from Experian Information Solutions, Inc.

14. Ms. Mitchell's September 19th Experian credit report includes negative credit information furnished by MABT – Genesis Retail, with a reported account number beginning with 76860 and a charge-off balance of $1,435.00.

15. Upon information and belief, the MABT – Genesis Retail debt was used solely for

personal, family, and/or household purposes, which makes the MABT – Genesis Retail debt a "debt" within the meaning of the FDCPA.

16. Upon information and belief, the MABT – Genesis Retail debt is not a liquidated debt.

17. Upon information and belief, MABT (which may stand for "Mid America Bank and Trust") did not accrue or assess any interest or fees on the Genesis Retail debt after charging off the debt.

18. Upon information and belief, $1,435.00 was the same amount of the debt on the date that Galaxy acquired the debt.

19. Upon information and belief, neither Veldos nor Galaxy had either a contractual or statutory right to extra-judicially assess and accrue interest on the MABT – Genesis Credit debt.

20. Consequently, the $1,591.42 Veldos demanded for payment of the MABT – Genesis Credit debt in the August 6th dunning letter was false because this amount included $156.42 in interest and/or fees that neither Veldos nor Galaxy had any legal right to collect from Ms. Mitchell.

### Claims for Relief: Violations of the Fair Debt Collection Practices Act

21. The foregoing acts and omissions of Veldos, LLC and Galaxy International Purchasing, LLC constitute violations of the FDCPA, including but not limited to 15 U.S.C. § 1692e, § 1692f, and multiple subsections of each statute. Regina Mitchell is entitled to recovery of damages, costs and reasonable attorney's fees from Veldos and Galaxy for their violations of the FDCPA.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Regina Mitchell requests that the Court grant her the following relief:

1. Award Plaintiff maximum statutory damages against each Defendant;

2. Award Plaintiff actual damages;

3. Award Plaintiff reasonable attorney's fees and costs;

4. A trial by jury; and

5. Such other relief as may be just and proper.

-4-

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyconsumerlaw.com

-4-