**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

REGINA MITCHELL,

        Plaintiff,

                              Case No.: 3:14-cv-00851-TBR

v.

VELDOS, LLC. and GALAXY
INTERNATIONAL PURCHASING, LLC

        Defendant.

**NOTICE OF SETTLEMENT**

**\*\*\*\*   \*\*\*\*   \*\*\*\***

        Plaintiff, Regina Mitchell, and Defendants, Veldos, LLC and Galaxy International Purchasing, LLC (collectively "Parties"), have reached a settlement agreement in this action and are now finalizing settlement documentation.  The Parties will file an agreed order of dismissal with the Court upon completion of settlement.

                                                      Respectfully submitted,

                                                      **Reminger Co., LPA**

                                                      /s/Shea W. Conley_____
                                                    Shea W. Conley, Esq.
                                                    Lauren D. Lunsford, Esq.
                                                    Vine Center
                                                    333 W. Vine Street, Ste. 1670
                                                   Lexington, Kentucky 40507
                                                   Tel: (859) 233-1311
                                                   Fax: (859) 233-1312
                                                   Email: sconley@reminger.com
                                                                llunsford@reminger.com
                                                   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              /s/Shea W. Conley
                              Shea W. Conley
                              Lauren D. Lunsford